THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| City of Dayton | Case No. 3:18-CV-331 |
| | Judge: Sargus |
| v. | Corporate Disclosure Statement |
| 3M Company, et al. | |

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

      In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Chemguard.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ✓ YES     ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   Johnson Controls International plc

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES     ✓ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.

   _____
   _____
   _____

   /s/ D. Jeffrey Ireland              11/02/18
   Signature of Counsel               Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of November, 2018, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Barbara J. Doseck, Esq.
City Attorney
John C. Musto, Esq.
Chief Trial Counsel
101 West Third Street
P.O. Box 22
Dayton, Ohio 45401

Paul J. Napoli, Esq.
Louise R. Caro, Esq.
Tate J. Kunkle, Esq.
Patrick J. Lanciotti, Esq.
360 Lexington Ave.
11th Floor
New York, NY 10017

Frank Gallucci
David Grant
55 Public Square
Suite 2222
Cleveland, Ohio 44113

Pierre Tismo, Esq.
131 N. Ludlow
Suite 1400
Dayton, Ohio 45402

Attorneys for City of Dayton, Ohio

Richard D. Schuster
Jonathan P. Corwin
Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
P.O. Box 1008
Columbus, OH 43216-1008

Rosemary D. Welsh
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500
Cincinnati, Ohio  45202

Richard F. Bulger (Pro Hac Vice Application Forthcoming)
Laura R. Hammargren (Pro Hac Vice Application Forthcoming)
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606

Attorneys for 3M Company

Keith E. Smith (Pro Hac Vice Forthcoming)
Greenberg Traurig, LLC
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103

Attorney for National Foam, Inc.

Michael L. Carpenter (Pro Hac Vice Forthcoming)
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.
516 South New Hope Road
P.O. Box 2636
Gastonia, NC  28053

Attorney for Buckeye Fire Equipment Company


/s/ D. Jeffrey Ireland
D. Jeffrey Ireland